NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT M. JONES, JR.,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7050

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-0249, Judge William A. Moorman.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the Secretary's unopposed motion to supplement the addendum to his initial brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**AUG 31 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Virginia A. Girard-Brady, Esq.
    Amanda L. Tantum, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 3 1 2011

JAN HORBALY
CLERK